IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 15-00056-CG** |
| ) | |
| **JAMES ALFRED STRINGFELLOW,** ) | |
| ) | |
| **Defendant.** ) | |

## DETENTION ORDER

This matter came on for a bond revocation hearing on November 10, 2015, during which the defendant admitted to the allegations in the petition dated October 28, 2015, and the United States moved for detention pending sentencing.

The court finds that there is clear and convincing evidence that the defendant has violated the conditions of release, and that the defendant is unlikely to abide by any condition or combination of conditions of release, and hereby **REVOKES** the conditions as set forth in the Order Setting Conditions of Release entered on May 19, 2015 (Doc. 11).  Therefore, the defendant is **REMANDED** to the custody of the United States Marshal pending his sentencing hearing currently scheduled for December 14, 2015.

The United States Marshal is **ORDERED** to produce the defendant for the sentencing hearing at 1:00 p.m. on December 14, 2015.

**DONE and ORDERED** this 10th day of November, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE